STATE v. HOOKER

No. 119 PC.

Case below: 37 N.C. App. 457.

Application by defendant for further review denied 29 December 1978.

STATE v. JACKSON

No. 157 PC.

Case below: 38 N.C. App. 628.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 January 1979.

STATE v. McCOMBS

No. 125 PC.

Case below: 38 N.C. App. 214.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 4 January 1979.

STATE v. McDOUGALD

No. 126 PC.

Case below: 38 N.C. App. 244.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 January 1979. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 January 1979.

STATE v. PILAND

No. 129 PC.

Case below: 38 N.C. App. 367.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 January 1979. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 January 1979.